## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| | |
|---|---|
| JONATHON ANDERSON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. |
| | ) |
| | ) |
| CHAMPION HOME BUILDERS, INC., | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

Plaintiff alleges against Defendant that:

1. The Plaintiff, Jonathon Anderson, alleges that he was discriminated against, retaliated against, and discharged on account of his race (African-American), his color (black), his disability (back injury substantially impairing his everyday life activities of walking, lifting, twisting/turning and working), for complaining about discrimination and attempting to engage in the interactive process in requesting reasonable accommodations- -all in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000 e *et. seq*. ("Title VII"), 42 U.S.C. § 1981, the American with Disabilities Act of 1990, 42 U.S.C. § 12111 *et. seq*. ("ADA")- -all based upon the facts and circumstances alleged in his Charge of Discrimination No. 470-2018-03647, filed with the EEOC on or about July 25, 2018, a copy of which is attached hereto and made apart hereof and incorporated herein as Exhibit A.  The EEOC issued a Notice of Rights to Sue on or about February 6, 2019 (Exhibit B), and this Complaint has been filed within ninety (90) days after receipt thereof.

2. Defendant Champion Home Builders, Inc. is a corporation authorized to do

business in the State of Indiana and does so at 308 South Eden Drive, Topeka, IN 46751. Defendant's corporate address is 755 West Big Beaver Road, Suite 1000, Troy, MI 48084. Defendant's registered agent is CT Corporation, 251 East Ohio Street, Suite 1100, Indianapolis, IN 46204.

3. As a direct and proximate result of the discrimination, retaliation, and termination set forth in Exhibit A (Charge of Discrimination No. 470-2018-03647), Plaintiff lost his job and job related benefits including income. Plaintiff also experienced emotional distress, mental anguish, humiliation, embarrassment, financial distress, inconvenience, and other damages and injuries.

4. Plaintiff seeks compensatory damages, and because Defendant's conduct was intentional and in reckless disregard of Plaintiff's federally protected civil rights, Plaintiff seeks punitive damages.

WHEREFORE, Plaintiff prays for judgment against the Defendant, for back pay, front pay, compensatory damages, punitive damages, reasonable attorney's fees and costs, and for all other just and proper relief in the premises.

## JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff demands a trial by jury in this action.

        Respectfully submitted,

        **CHRISTOPHER C. MYERS & ASSOCIATES**

        /s/Christopher C. Myers
        Christopher C. Myers, #10043-02
        809 South Calhoun Street, Suite 400
        Fort Wayne, IN 46802
        Telephone:   (260) 424-0600
        Facsimile:    (260) 424-0712
        E-mail:         cmyers@myers-law.com
        Attorneys for Plaintiff