UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| **JONATHON ANDERSON** | ) |
| **PLAINTIFF,** | ) |
| VS. | ) CASE NO.:1:19-CV-130-WCL-SLC |
| **CHAMPION HOME BUILDERS, INC.** | ) |
| **DEFENDANT.** | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Joint Stipulation of Dismissal with Prejudice filed by the Parties in this cause, this cause of action is hereby dismissed with prejudice, with each party to bear their own attorney fees and costs.

Date: August 4, 2020

s/William C. Lee
JUDGE WILLIAM C. LEE
UNITED STATES DISTRICT COURT